# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CRIMINAL CASES

**Directions:** Counsel must make a **docketing statement (criminal)** entry in CM/ECF within 14 days of filing a notice of appeal or cross appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form and any extended answers, (2) any transcript order form, and (3) any CJA 24 authorization form. Counsel who filed the notice of appeal is responsible for filing the docketing statement even if different counsel will handle the appeal. In criminal cases, counsel who represented the defendant below must continue on appeal unless the court of appeals grants a motion to withdraw. Appellants proceeding pro se are not required to file a docketing statement. Opposing counsel may file objections to the docketing statement within 10 days of service using the ECF event-**docketing statement objection/correction**.

| Appeal No. & Caption | 14-4162, US v. Ging Hwang Tsoa |
|---|---|
| Originating No. & Caption | 1:13CR137, US v. Ging Hwang Tsoa |
| District Court & Judge | E.D.VA Alexandria, Hon. James C. Cacheris |

| Jurisdiction (answer any that apply) | |
|---|---|
| Date of entry of order/judgment appealed from | 2/21/14 |
| Date this notice of appeal filed | 2/25/14 |
| If cross appeal, date first notice of appeal filed | |
| Date of filing any post-judgment motion | 2/25/14 |
| Date order entered disposing of any post-judgment motion | 2/27/14 |
| Date of filing any motion to extend appeal period | |
| Time for filing appeal extended to | |
| Is appeal from final order or judgment? | ● Yes    ○ No |
| If appeal is not from final judgment, why is order appealable? | |

07/17/2012
SCC

1

| Transcript – Order all necessary transcript now. Extensions of the briefing schedule to order additional transcript are disfavored | | | | |
|---|---|---|---|---|
| (Identify necessary transcript dates and state whether the transcript is on file or a copy of the transcript order is attached. CJA counsel must attach copy of the CJA 24 with the transcript order.). | | | | |
| Trial Date(s): | 11/12/13, 11/13/13, 11/14/13 11/15/13 | ○ On File | ● Order Attached | ○ Not Needed |
| Plea Date: | | ○ On File | ○ Order Attached | ○ Not Needed |
| Sentence Date: | 2/21/14 | ○ On File | ● Order Attached | ○ Not Needed |
| Other Date(s): | 11/8/13, 6/21/13, 2/6/14, 2/21/14 | ○ On File | ● Order Attached | ○ Not Needed |

| Case Handling Requirements (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ● No |
| | If yes, motion to expedite must be filed. | |

**Issues** (Non-binding statement of issues to raise on appeal. Attach additional page if necessary.)

(1) Did the district court err in excluding testimony of psychologist with respect to defendant's low verbal intelligence, verbal memory, disorganized thought process and third grade reading level?

(2) Did the district court err in excluding testimony of mortgage lending expert with respect to defendant's poor understanding of the mortgage loan process?

(3) Did the district court err in not allowing the defense to impeach the declarant based on statements of the defendant introduced by the government in the government's case in chief?

(4) Did the district court err by allowing the government to present arguments in the form of Rule 1006 summaries based on documents that were neither voluminous nor complex?

Ms. Tsoa reserves the right to raise additional issues.

2

| Appellant's Name & Address | Counsel's Name & Address |
|---|---|
| Name: Ging Hwang Tsoa<br>Address: 42916 Cattail Meadows Place<br>Ashburn, VA 20148<br><br>E-Mail: agent.felicia@yahoo.com<br><br>Phone: 5712140105 | Name: Eugene Gorokhov<br>Address: 1724 20th St. NW, Ste 304<br>Washington, DC 20009<br><br>E-Mail: eugene@burnhamgorokhov.com<br><br>Phone: 202 386 6920 |

Signature: _[signature]_   Date: 3/13/14

Counsel for: Ging Hwang Tsoa

**Certificate of Service**: I certify that on 3/13/14 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Paul J. Nathanson
Paul.Nathanson@usdoj.gov

Signature: _[signature]_   Date: 3/13/14

# FOURTH CIRCUIT TRANSCRIPT ORDER FORM

Case Style **US v. Tsoa**
Dist. Ct. No. **1:13CR137**            District **EDVA**
Date Notice of Appeal filed **02/25/14**     Court of Appeals No. **14-4162**
Name of Court Reporter/Electronic Rec. (use separate form for each reporter) **Julie Goodwin**
Address of Reporter **401 Courthouse Sq., Alexandria VA 22314**

Appellant must order any necessary transcript, completing a separate transcript order form (and separate CJA 24 Form) for each reporter and submitting the order to the court reporter and the district court within 14 days of noting the appeal. The completed form must show that necessary financial arrangements have been made or that the original CJA 24 Form has been submitted to the district court clerk. Copies of the transcript order form must be attached to the docketing statement filed in the Court of Appeals and served on opposing counsel within 14 days of docketing of the appeal, or the appeal will be subject to dismissal pursuant to Local Rule 45. If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order. If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so. In sentencing appeals, a transcript of the sentencing hearing must be ordered. In Anders appeals, plea (or trial) and sentencing transcript must be ordered. If appellee wishes to obtain a copy of transcript ordered by appellant, appellee must order a copy from the court reporter. In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates. Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files. Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal. Local Rule 30(b).

A. This constitutes an order of the transcript of the following proceedings. Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages. Failure to specify in adequate detail the proceedings to be transcribed is grounds for dismissal. Specific authorization is required under the CJA for opening and closing statements, voir dire, or jury instructions.

| PROCEEDING | HEARING DATE(S) |
|---|---|
| ☑ Voir Dire | 11/12/13 |
| ☑ Opening Statement (Plaintiff) | 11/12/13 |
| ☑ Opening Statement (Defendant) | 11/12/13 |
| ☑ Closing Argument (Plaintiff) | 11/14/13 |
| ☑ Closing Argument (Defendant) | 11/14/13 |
| ☑ Opinion of Court | 11/14/13 |
| ☑ Jury Instructions | 11/14/13 |
| ☑ Sentencing | 2/21/13 |
| ☐ Bail Hearing | |
| ☑ Pre-Trial Proceedings (specify) Motions hearings | 6/21/13; 11/8/13 |
| ☑ Testimony (specify) All witnesses | 11/12/13; 11/13/13; 11/14/13; 11/15/13 |
| ☑ Other (specify) Prior sentencing hrg;verdict | 2/6/14; 11/15/13 |

TOTAL ESTIMATED PAGES _____

B. I certify that I have contacted the court reporter (or court reporter coordinator if electronic recording) and satisfactory financial arrangements for payment of the transcript have been made.
   ☐ Private funds. (Deposit of $_____ enclosed with court reporter's copy. Check No. _____.)
   ☑ Criminal Justice Act. The original CJA 24 Form has been submitted to the district court clerk and a copy is attached.
   ☐ Government expense (civil case--IFP). Motion for transcript at government expense is pending with district judge.
   ☐ Advance payment waived by court reporter. Payment in full is due upon receipt of transcript.
   ☐ Federal Public Defender - no CJA 24 Form necessary.
   ☐ United States appeal - copy of litigation expense form attached, if applicable.

Signature _/s/ Eugene Gorokhov_     Typed name **Eugene Gorokhov**
Address **1724 20th St. NW, Ste 304, Washington, DC 20009**
Email **eugene@burnhamgorokhov.com**     Telephone No. **(202) 386-6920**
Date Sent to Reporter **03/13/14**

**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)**

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Ging Hwang Tsoa | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER<br>NA | 4. DIST. DKT./DEF. NUMBER<br>1:13CR137 | 5. APPEALS DKT./DEF. NUMBER<br>14-4162 | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name)<br>US v. Tsoa | 8. PAYMENT CATEGORY<br>☑ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Trial disp. (CJA) | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18 USC 1344, 18 USC 1349

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Appeal from criminal conviction, sentence, and forfeiture order to the US court of appeals for the Fourth Circuit.

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14). Attach statement showing specific need.
Pretrial hearding as specified, voir dire, prosecution opening, defense opening, trial testimony, Rule 29 motion at close of govt. evidence and at close of evidence, prosecution closing, defense closing, prosecution rebuttal, jury verdict, and sentencing hearings.

14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS
- A. Apportioned Cost ____ % of transcript with (Give case name and defendant)
- B. ☑ 14-Day ☐ Expedited ☐ Daily ☐ Hourly ☐ Realtime Unedited
- C. ☑ Prosecution Opening Statement ☑ Prosecution Argument ☑ Prosecution Rebuttal
     ☑ Defense Opening Statement ☑ Defense Argument ☑ Voir Dire ☑ Jury Instructions
- D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

_Signature of Attorney_　　Date 03/13/2014
Printed Name: Eugene Gorokhov
Telephone Number: (202) 386-6920
☑ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_Signature of Presiding Judge or By Order of the Court_
Date of Order ____  Nunc Pro Tunc Date ____

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number: ____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |

**TOTAL AMOUNT CLAIMED:** ____

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee ____ Date ____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk ____ Date ____

### APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT

Signature of Judge or Clerk of Court ____ Date ____

24. AMOUNT APPROVED