FILED:  May 15, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4162

(1:13-cr-00137-JCC-2)

_____


UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

GING-HWANG TSOA, a/k/a Felicia Tsoa

Defendant - Appellant


_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 06/27/2014

Opening brief due: 06/27/2014

Response brief due: 07/21/2014

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk