# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 21, 2015

No. 14-4162,    <u>US v. Ging-Hwang Tsoa</u>
                1:13-cr-00137-JCC-2

TO:    Eugene Victor Gorokhov

**FORM DUE:** 03/23/2015

Rehearing having been denied in this case, please file the **Certiorari Status Form** (form available at this link) by the due date shown above.

Lisa McFarland, Deputy Clerk
804-916-2744